**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE REYES<br><br>Plaintiff,<br><br>v.<br><br>KOST TIRES & AUTO SERVICE<br>and<br>KOST TIRE DISTRIBUTORS, INC.<br>and<br>KOST TIRE/MUFFLER, INC.<br>and<br>JOSEPH LORDI<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO.: 3:25-cv-01782-KM |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, by and through his undersigned counsel, hereby responds in opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. For the reasons set forth in the accompanying Memorandum of Law, incorporated herein by reference, Plaintiff respectfully asserts that Defendants' Motion be denied in its entirety.

**KARPF, KARPF & CERUTTI, P.C.**

By: *<u>/s/ Jeremy M. Cerutti</u>*
Jeremy M. Cerutti, Esq.
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053

(215) 639-0801
jeremy@karpf-law.com
Attorney ID No: 200276
*Attorneys for Plaintiff*

Dated: January 5, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE REYES<br><br>Plaintiff,<br><br>v.<br><br>KOST TIRES & AUTO SERVICE<br>and<br>KOST TIRE DISTRIBUTORS, INC.<br>and<br>KOST TIRE/MUFFLER, INC.<br>and<br>JOSEPH LORDI<br><br>Defendants. | : | CIVIL ACTION<br><br>CASE NO.: 3:25-cv-01782-KM |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**1-9. Admitted.**

**10-37. Denied, as conclusions of law.**

**KARPF, KARPF & CERUTTI, P.C.**

By: *<u>/s/ Jeremy M. Cerutti</u>*
Jeremy M. Cerutti, Esq.
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
(215) 639-0801
jeremy@karpf-law.com
Attorney ID No: 200276
*Attorneys for Plaintiff*

Dated: January 5, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE REYES<br><br>Plaintiff,<br><br>v.<br><br>KOST TIRES & AUTO SERVICE<br>and<br>KOST TIRE DISTRIBUTORS, INC.<br>and<br>KOST TIRE/MUFFLER, INC.<br>and<br>JOSEPH LORDI<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>CIVIL ACTION<br><br>CASE NO.: 3:25-cv-01782-KM |

**CERTIFICATE OF SERVICE**

I, Jeremy M. Cerutti, certify that I sent a copy of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss to Defendants via ECF and email as follows:

Kimberly Kost Scanlon, Esq.
John M. Price, Esq.
Oliver, Price & Rhodes LLP
kks@oprlaw.com
jmp@oprlaw.com

*/s/ Jeremy M. Cerutti*
Jeremy M. Cerutti